# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

   v.

**Fernando Robles-Amezquita**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 22-00028MJ-001-TUC-LCK**

Annamarie Lourdes Valdivia (FPD)
Attorney for Defendant

USM#: 77065-051

**THE DEFENDANT ENTERED A PLEA OF** guilty on 2/18/2022 to Count 2 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, United States Code, Section 1325(a)(1); Improper Entry by Alien, a Class B Petty offense, as charged in Count 2 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **ONE HUNDRED TWENTY (120) DAYS**, with credit for time served.

**IT IS ORDERED** Count One is dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

Case 4:22-mj-00028-LCK   Document 12   Filed 02/22/22   Page 2 of 2

22-00028MJ-001-TUC-LCK                                                Page 2 of 2
USA vs. Fernando Robles-Amezquita

Date of Imposition of Sentence: **Friday, February 18, 2022**

Dated this 18th day of February, 2022.

_____
Honorable Lynnette C. Kimmins
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                         By:   Deputy Marshal

22-00028MJ-001-TUC-LCK- Robles-Amezquita